Form 12    Case 3:00-cr-00150-JBA    Document 47    Filed 08/23/2005    Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs. DENISE BARRACKS**                                             Docket No. 3:00CR00150(JBA)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Denise Barracks who was sentenced to 3 months custody for a violation of 18 U.S.C. § 1341, Mail Fraud, by the Honorable Janet Bond Arterton sitting in the court at New Haven, Connecticut on April 23, 2001 who fixed the period of supervision at five years which commenced on August 22, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) Defendant shall be placed on home confinement with electronic monitoring for the first 3 months of supervised release;
2) Defendant shall participate in mental health treatment and financial counseling as directed by the U.S. Probation Office;
3) Defendant shall release to U.S. Probation Office any and all financial information/records including state and federal income tax returns, by execution of a release of financial information form, or by any other appropriate means as directed by the U.S. Probation Office; 4) Defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of U.S. Probation Office; 5) Defendant shall pay restitution in the amount of $41,711.80 at a rate of $500 per month.

The defendant's term of supervised release is set to expire on August 21, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1: Standard Condition: You shall not commit another federal, state or local crime. You shall not illegally possess a controlled substance.** On July 8, 2005, the defendant was arrested by the Glastonbury Police Department via an arrest warrant. The defendant was charged with two counts of Identity Theft, two counts of Forgery 2nd and Providing a False Statement. This matter is pending in Manchester Superior Court for August 3, 2005, under docket number: H12M-CR05-199904-S. The facts outlined in the arrest warrant include that the defendant's Cox Cable account was in the name of another female, Paulette Jones, at the address known to the defendant.

**Charge No. 2: Special Condition: The defendant shall pay restitution at a rate of $75 per month.** To date, the defendant has paid approximately $1,393.72 and is in arrears of $2,206.25. The most recent payments made include payments of $50 paid on January 31, 2005 and March 4, 2005. Lastly, the defendant made a payment of $25 on July 15, 2005 as instructed by the probation office. To date, the defendant owes a balance of $40,318.08.

**Charge No. 3: Standard Condition: You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month..** On April 1, 2005, the defendant participated in a three way meeting with SUSPO Cerullo and USPO Ryan MacDougall to address issues of non-compliance. At that time, the defendant was instructed to report to the probation office on a bi-weekly reporting schedule. The defendant failed to report to the Probation Office until July 15, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Denise Barracks to appear before this court at New Haven, Connecticut on _Sept 8, 2005_ at _10 am_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _23rd_ day of _August_, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By

_[signature]_
Jennifer L. Amato
United States Probation Officer

Place _New Haven, CT_

Date _8/23/05_

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this _23rd_ day of _August_, 2005 at New Haven, Connecticut, U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge