UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR150(JBA) |
| DENISE BARRACKS | : | September 14, 2005 |

## MOTION FOR PRODUCTION

The defendant respectfully moves the Court to order the United States Probation Office to produce, in advance of the hearing scheduled for September 21, 2005, the chronological records that its officers have maintained regarding Denise Barracks during the period from April 1, 2005 through July 15, 2005. Those dates correspond to the dates of alleged violations contained in the pending Form 12 petition. The disclosure of this requested material is essential to ensure that the revocation hearing accords the defendant due process of law and an adequate opportunity to confront and cross-examine the witnesses against her, pursuant to her Fifth and Sixth Amendment Constitutional rights and in accordance with Federal Rule of Criminal Procedure 32.1. The defendant has requested this information from the probation office, and the probation office has refused to disclose it.

In support of this motion, the defendant relies upon the attached memorandum of law.

                              Respectfully submitted,

                              The Defendant,
                              Denise Barracks

                              Thomas G. Dennis
                              Federal Defender

Dated: September 14, 2005

                              Terence S. Ward
                              Asst. Federal Defender
                              10 Columbus Blvd, FL 6
                              Hartford, CT 06106-1976
                              Bar No. Ct00023
                              (860) 493-6260
                              Email: terence.ward@fd.org

- 2 -

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing motion for production has been mailed to Keith King, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 9 day of September 2005 and to Jennifer Amato, United States Probation Office, 450 Main Street, Hartford, CT 06103.

*Deirdre A. Murray*
Deirdre A. Murray