AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

FILED 2005 OCT -3 P 3:45
U.S. DISTRICT COURT
NEW HAVEN, CT

USA v. Barracks

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00cr-150(JBA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet Arterton | Maria Kahn | Terry Ward |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/3/05 | Sharon Montini | Melissa Rusco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 10/3/05 |  |  | Michelle Masters - S. Windsor, CT |
|  | ✓ | 10/3/05 |  |  | Shanelle Johnson - Newington, CT |
|  | ✓ | 10/3/05 |  |  | Anthony Hodges - Bloomfield, CT |
|  | ✓ | 10/3/05 |  |  | Denise Barracks - S. Windsor, CT |
| Court Exh |  |  |  |  |  |
|  | A1 | 10/3/05 |  |  | Petition |
|  | A2 | 10/3/05 |  |  | Amended Petition |
|  | B | 10/3/05 |  |  | Report of Supervised Release |
|  | C1 | 10/3/05 |  |  | Amended Report of Supervised Release |
|  | C2 | 10/3/05 |  |  | 2nd Amended Report of Supervised Release |
|  | D | 10/3/05 |  |  | Memo to Court 4/6/05 |
|  | E | 10/3/05 |  |  | Memo to Court 9/2005 |