## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:00cr150 (JBA) |
| DENISE BARRACKS | : |

### ENDORSEMENT ORDER #50

Defendant's motion for production of document is DENIED for the reasons set forth on the record during the supervised release violation hearing held on October 3, 2005.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 16,2005